```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 14-04881-RNO
Robert W Persun                                                 Chapter 13
Beth A Persun
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Jan 03, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
4603756        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert  Spielman    on behalf of Joint Debtor Beth A Persun bobspielman@yahoo.com,
               rssecty@yahoo.com
              Robert  Spielman    on behalf of Debtor Robert W Persun bobspielman@yahoo.com,  rssecty@yahoo.com
              Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. et al... tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04881-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert W Persun
925 E 8th St
Berwick PA 18603

Beth A Persun
925 E 8th St
Berwick PA 18603

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/30/2016.

Name and Address of Alleged Transferor(s):

Claim No. 4: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/05/17

Terrence S. Miller
**CLERK OF THE COURT**