# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    ROBERT W. PERSUN                                 Case No.: 5-14-04881-RNO
    BETH A. PERSUN                                    Chapter 13
            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CARRINGTON MORTGAGE SERVICES, LLC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 5507 |
| Property Address if applicable: | 925 E. 8TH STREET, , BERWICK, PA18603- |

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,371.00 |
| b. | Prepetition arrearages paid by the Trustee: | $1,371.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,371.00 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 14, 2019            Respectfully submitted,

                                              s/ Charles J. DeHart, III, Trustee
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  CARRINGTON MORTGAGE SERVICES, LLC
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0040 | 1186885 | 06/07/2018 | $59.30 | $0.00 | $59.30 |
| 0040 | 1188148 | 07/12/2018 | $93.50 | $0.00 | $93.50 |
| 0040 | 1189584 | 08/09/2018 | $93.50 | $0.00 | $93.50 |
| 0040 | 1190907 | 09/06/2018 | $93.50 | $0.00 | $93.50 |
| 0040 | 1192210 | 10/10/2018 | $93.50 | $0.00 | $93.50 |
| 0040 | 1193589 | 11/08/2018 | $93.10 | $0.00 | $93.10 |
| 0040 | 1194950 | 12/13/2018 | $93.10 | $0.00 | $93.10 |
| 0040 | 1196398 | 01/10/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1197648 | 02/07/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1198754 | 03/12/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1200098 | 04/11/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1201458 | 05/09/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1202768 | 06/06/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1204122 | 07/11/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1205530 | 08/07/2019 | $93.10 | $0.00 | $93.10 |
| 0040 | 1206907 | 09/26/2019 | $6.70 | $0.00 | $6.70 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

ROBERT W. PERSUN  Case No.: 5-14-04881-RNO
BETH A. PERSUN  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 14, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| ROBERT SPIELMAN, ESQUIRE<br>29 EAST MAIN STREET<br>SUITE D<br>BLOOMSBURG PA, 17815-1485 | SERVED ELECTRONICALLY |
| CARRINGTON MORTGAGE SERVICES, LLC<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA, 92806 | SERVED BY 1ST CLASS MAIL |
| ROBERT W. PERSUN<br>BETH A. PERSUN<br>925 E. 8TH STREET<br>BERWICK, PA 18603- | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 14, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com