```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 14-04881-RNO
Robert W Persun                                                     Chapter 13
Beth A Persun
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: Christoph              Page 1 of 2              Date Rcvd: Nov 25, 2019
                              Form ID: 3180W               Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
```
db/jdb         +Robert W Persun,    Beth A Persun,    925 E 8th St,    Berwick, PA 18603-3432
cr             +Carrington Mortgage Services, LLC, its assignees a,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
4603756         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4870121        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4870120        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4871023        +Carrington Mortgage Services, LLC, its,    assignees and/or successors in interest,
                 c/o Prober & Raphael, A Law Corporation,    20750 Ventura Blvd., Suite 100,
                 Woodland Hills,  CA 91364-6207
4609533        +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road, Suite # 200,
                 Tucson, AZ 85712-1083
4560995        +Citibank Credit Card Bankruptcy,    PO Box 6500,    Sioux Falls , SD 57117-6500
4560996        +Citibank Sears,    PO Box 6275,    Sioux Falls, SD 57117-6275
4575615         M&T BANK,    PO BOX 1508,    BUFFALO NY 14240-1508
4560998         MT Bank B,    1 M&T Plaza,    Buffalo, NY 14203
4561000        +Social Security Administration,    700 Market St,    Bloomsburg, PA 17815-2629
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4560991        +EDI: BANKAMER.COM Nov 26 2019 00:03:00      Bank of America Mortgage 2 1,   4161 Piedmont Pkwy,
                 Greensboro, NC 27410-8119
4627141        +E-mail/Text: bncmail@w-legal.com Nov 25 2019 19:04:04      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4560992         EDI: CAPITALONE.COM Nov 26 2019 00:03:00      Capital One Credit Card,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4870120        +E-mail/Text: BKBCNMAIL@carringtonms.com Nov 25 2019 19:03:51
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4870121        +E-mail/Text: BKBCNMAIL@carringtonms.com Nov 25 2019 19:03:51
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4560993        +EDI: CHASE.COM Nov 26 2019 00:03:00      Chase Credit Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
4560994        +EDI: CITICORP.COM Nov 26 2019 00:03:00      Citibank Credit Card,    PO Box 6500,
                 Sioux Falls , SD 57117-6500
4560997         EDI: WFNNB.COM Nov 26 2019 00:03:00      Comenity Bank,    PO Box 182273,
                 Columbus, OH 43218-2273
4560999        +EDI: AGFINANCE.COM Nov 26 2019 00:03:00      OneMain Financial,    990 Scott Town Center,
                 Bloomsburg, PA 17815-2357
4609618         EDI: PRA.COM Nov 26 2019 00:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4582066         EDI: Q3G.COM Nov 26 2019 00:03:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
4567120         EDI: RECOVERYCORP.COM Nov 26 2019 00:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4919773         EDI: ECAST.COM Nov 26 2019 00:03:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
4606909         EDI: ECAST.COM Nov 26 2019 00:03:00      eCAST Settlement Corporation assignee of Citibank,  NA,
                 POB 29262,   New York NY 10087-9262
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Carrington Mortgage Services, LLC,   1600 South Douglass Road,    Anaheim, CA 92806-5951
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Joshua I Goldman   on behalf of Creditor   Bank of America, N.A. et al... bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Recovery Management Systems Corporation   claims@recoverycorp.com
        Robert   Spielman   on behalf of Debtor 2 Beth A Persun bobspielman@yahoo.com,   rssecty@yahoo.com
        Robert   Spielman   on behalf of Debtor 1 Robert W Persun bobspielman@yahoo.com,   rssecty@yahoo.com
        Thomas I Puleo   on behalf of Creditor   Bank of America, N.A. et al... tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                                   TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert W Persun** | Social Security number or ITIN **xxx–xx–1651** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Beth A Persun** | Social Security number or ITIN **xxx–xx–7772** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:14–bk–04881–RNO** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert W Persun                                      Beth A Persun

**By the court:**

*[signature]*

11/25/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**