Debtor 1 _____Robert W Persun_____

Debtor 2 _____Beth A Persun_____
(Spouse, if filing)

United States Bankruptcy Court for the: __Middle_____ District of __Pennsylvania__
(State)

Case number ___5:14-bk-04881-RNO_____

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** _CARRINGTON MORTGAGE SERVICES, LLC_____

**Court claim no.** (if known): _4-1_____

**Last 4 digits** of any number you use to identify the debtor's account: __5__ __5__ __0__ __7__

**Property address:** 925 East 8th Street
_____
Number         Street

_____

Salem Township         PA         18603
City                          State      ZIP Code

---

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                $ _____

---

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 /01 /2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.        (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ____/____/_____
MM / DD / YYYY

---

Case 5:14-bk-04881-RNO    Doc 43    Filed 12/05/19    Entered 12/05/19 11:46:35    Desc
Main Document      Page 1 of 3

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■   all payments received;
■   all fees, costs, escrow, and expenses assessed to the mortgage; and
■   all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐   I am the creditor.
☑   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____    Date 12 / 04 / 2019
     Signature

Print    Bonni S. Mantovani               Title   Attorney
      First Name      Middle Name      Last Name

Company    Prober & Raphael, A Law Corporation

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    20750 Ventura Blvd, Suite 100
      Number        Street

      Woodland Hills          CA     91364
      City                State     ZIP Code

Contact phone   ( 818 ) 227 _ 0100         Email   cmartin@pralc.com

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan , certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 12/05/2019 , I served the within RESPONSE TO NOTICE OF FINAL CURE PAYMENT on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Robert W Persun
Beth A Persun
925 E 8th St
Berwick, PA 18603

Robert Spielman, Esquire
29 E Main St
Ste D
Bloomsburg, PA 17815-1485

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/05/2019 at Woodland Hills, California.

/s/ Tina Gaboyan

1